# United States District Court
# Central District Court of California
# Eastern Division

FILED
CLERK, U.S. DISTRICT COURT
07/22/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___AP___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

PEOPLE OF THE STATE OF CALIFORNIA, ET AL.

**Plaintiff**

v.

DAIJE AMIRA HARRIS

**Defendant**

Case No. 5:25-cr-00247-FMO

## NOTICE OF REMOVAL

Please take notice that the above titled case has been removed by the Defendant, in emergency due to present danger, from California Superior Court to the Central District Court of California - Eastern Division to address the disputes in violation of individual rights under the U.S. Federal Constitution.

Dated: July 19th, 2025

DaiJe A. Harris

*DaiJe A. Harris*

# United States District Court
# Central District Court of California
# Eastern Division

PEOPLE OF THE STATE OF
CALIFORNIA, ET AL.

**Plaintiff**

v.                                                          Case No. _____

DAIJE AMIRA HARRIS

**Defendant**

### DEFENDANT, DAIJE HARRIS' PLEADINGS

### 1. JURISDICTION

This court has jurisdiction as for the cause of action is under diversity.

### 2. VENUE

This venue is proper due to Ms. Harris' residency in Riverside County, California.

1

## 3. PARTIES

PLAINTIFFS – PEOPLE OF THE STATE OF CALIFORNIA ET AL.

1. Riverside County Sheriff Office (RSO) Southwest: Cavillo #5934

2. Saul Ewing LLP: Marisa De Feo and James D. Taylor

3. Delaware State University: Governing Members, John Carney (2017-2025) and Matt Meyer (2025-current). Carlos Holmes, Nikita Thompson-Robins, Troy Jones, Kareem McLemore, Christopher Willis, Deborah Brockmeyer, Zafar Iqbal Chaudhry and all other staff.



4. TransUnion, et al. 5. Equifax, et al. 6. San Bernardino County Assessor

v.

DEFENDANT -

1. DaiJe Amira Harris

## 4. STATEMENT OF FACTS

THIS ACTION IS SEEKING NATIONWIDE RELIEF. In response to the entities reporting errors, human mistakes, perjury, false, fabricated claims, and/or misleading statements, DaiJe Harris demands justice with confirmation on her innocence against the adverse effects of institutional identity attacks, theft, scam, fraudulence and data falsification. Removed from California Superior Court, Ms. Harris brings suit in a joinder of parties, as for all the claims in dispute which involve the same facts of law to make the legal process more efficient as necessary. Under the False Claims Act, and the U.S. Constitution, Ms. Harris declares civil rights on disputes resulting in sanctions, fines and damages from all Federal procurement and non-procurement transactions.

## 5. CLAIMS

### RIVERSIDE COUNTY SHERIFF'S OFFENSE

On March 29th, 2025, DaiJe Harris was effected by officer Cavillo's public traffic disturbance. Ms. Harris was peacefully driving along with other cars at the normal flow of traffic, in a community where she conducts philanthropic activities as a Good Samaritan. The encounter initiated when Cavillo signaled her to pull over, flashed a light in her face, then pursued to hand her a flawed traffic ticket with claims on speed and license plates. The citation containing multiple errors was later accompanied with Notice of Correction and Proof of Service by mail. The officers' impediment of movement, false claims and incompetency is a violation of DaiJe Harris' individual rights under the U.S. Constitution. In addition to the compliance risk, the Superior Court is experiencing delays in traffic citation processing. RSO lacks the necessary collaboration with Government agencies to enforce laws on local reports of adverse impact, therefore, the U.S. District Court is appropriate.

### SAUL EWING LLP'S OFFENSE

Concurrent to the incident above, DaiJe Harris is effected by James D. Taylor and Marisa De Feo's obstruction of justice. In Ms. Harris' efforts to reclaim her stolen academic property from Delaware State University, the Saul Ewing

partners violate the federal law by committing fraudulent activities, impersonating another entity and aggravated perjury. According to statements by the unaffiliated third party, embezzlement is not a civil cause of action. Ms. Harris received phone calls, letters and emails from Saul Ewing's partners of misrepresentation and terroristic interest supported by Jeffrey J. Clark and Erin Prosser during court proceedings.

## DELAWARE STATE UNIVERSITY'S OFFENSE

Presently, DaiJe Harris is effected by athletic eligibility falsification while in The First State as a NCAA Women's Basketball player. Delaware State University (DSU) falsified Ms. Harris' records during COVID-19 pandemic including her grades, name, image and likeness - NIL as a student athlete. Prior, DSU's staff member Zafar Chaudhry, publishes "FRAUD AWARENESS" and reveals the ways terrorists embezzle federal benefits from education institutions. Evidence displays DSU's financial deficit resulting in Ms. Harris athletic contract funds loss, stolen and/or inappropriately mismanaged. DSU members hold DaiJe Harris' academic data, harass for payment and send transcripts viewing Kaiser Permanente Health Insurance after her completion in the Master of Sport Administration program. After serving notarized documents with a summons, DSU Board and General Counsel is absent from duty, as they have not physically addressed DaiJe Harris' data release from confinement holding. Full report disclosure.

## TRANSUNION'S OFFENSE

TransUnion, and all associated financial institutions etc., are not warranted to report false and inaccurate information about consumers resulting from identity theft. The numerical identifier associated to DaiJe Harris is involved in company and institutional data breaches out of her control. TransUnion is violating the administration of justice that is in place to protect consumers by sharing and reporting personal data without a direct order. The relationship between Ms. Harris and TransUnion are not mutual, for this company initiated attachment unwillingly by false and misleading resources as a biased intermediary.

## EQUIFAX'S OFFENSE

Equifax, and all associated financial institutions etc., are not warranted to report false and inaccurate information about consumers resulting from identity theft. The numerical identifier associated to DaiJe Harris is involved in company and institutional data breaches out of her control. Equifax is violating the administration of justice that is in place to protect consumers by sharing and reporting personal data without a direct order. The relationship between Ms. Harris and Equifax are not mutual, for this company initiated attachment unwillingly by false and misleading resources as a biased intermediary.

## SAN BERNARDINO COUNTY ASSESSOR'S OFFENSE

San Bernardino County ATC recorded administrative errors violating Ms. Harris' civil rights. This entity has caused risk, harm and danger by incorrectly addressing her estate. The agency's administrative errors exposed potential safety concerns of waste, fraud and abuse on property taxes and sales. In its' violation, some or all conditions reveal instability in efficiency for the use of goods, services and resources. DaiJe Harris is facing adverse action due to the agency's lack of data protection on property, which is preventing effective urban planning and land development.

## **6. REQUEST FOR RELIEF**

    1. Under declaratory order, all entities must adhere to an immediate cessation of hostilities. **DaiJe Harris demands no-contact, protective restraining orders, preliminary injunction, the case filed under seal, a court appointed attorney for Pro Se support, and an emergency hearing** against the Plaintiffs causing danger through their discriminatory practices.

    2. Under the U.S. Constitution, Ms. Harris is entitled to self-governance, life, liberty and happiness by claiming her true and correct identity. Ms. Harris demands correctional verification in both, physical and cyber-technology data systems. Duty recalibration must be enforced to eliminate data vandalism, systematic human errors and artificial avarice within ennui.

    3. She must be removed immediately from the falsehoods of human automated systems and digital myths. Each institution and entity must be charged, and held accountable individually for its' representatives are flagged for credibility.

    4. Ms. Harris enforces rights to claim multipliers on recovered funds of at least sixty million dollars lost and/or misappropriated. Due to collateral damages, she must be entrusted with an advance, compensatory and punitive subsidies; and, the actions of each party, as applicable, will not be dismissed from this case.

Wherefore, in prayer for justice[1] equal under law, DaiJe Harris is not guilty of any constitutional wrongdoing. While these corrupt structures have aided trillions of dollars to International and American exploiters, restoration is a promising measure for meritorious U.S. American citizens.

JUDGEMENT IN FAVOR OF THE DEFENDANT

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 19th, 2025

Signature: *DaiJe A. Harris*

DaiJe A. Harris
6296 Magnolia Ave #1084
Riverside, CA 92506
DHarris@hemetusd.org (951) 590-8755

---

[1] Amos 5:24

## **DEMAND FOR JURY TRIAL**

Defendant hereby requests a jury trial on all issues raised in this case.

Dated: July 19th, 2025

Signature: *DaiJe A. Harris*

DaiJe A. Harris
6296 Magnolia Ave #1084
Riverside, CA 92506
DHarris@hemetusd.org (951) 590-8755